DAYLE ELIESON
United States Attorney
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-CR-00043-LRH-WGC |
| Plaintiff, | MOTION TO SEAL INDICTMENT |
| v. | |
| TERRY J. HANSON, JR., | |
| Defendant. | |

The United States of America hereby moves the Court for an Order sealing this Indictment until the defendant is in custody pursuant to Federal Rule of Criminal Procedure 6(e)(4). The United States of America believes that disclosure of the existence of the Indictment may jeopardize the progress of the ongoing investigation. The United States of America therefore requests that the Indictment be sealed until the defendant has been arrested.

DATED this 16th day of May, 2018.    Respectfully submitted,

DAYLE ELIESON
United States Attorney

*s/Megan Rachow*
MEGAN RACHOW
Assistant United States Attorney

1

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT the United States of America is entitled to file the Indictment under seal. The Indictment issued therefrom and the Sealing Application and Order shall remain under seal until the defendant is in custody

IT IS SO ORDERED.

DATED this 16th day of May, 2018.

_____
VALERIE P. COOKE
United States Magistrate Judge