1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TERRY J. HANSON, JR.,<br><br>    Defendant. | Case No. 3:18-cr-00043-LRH-WGC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE REVOCATION HEARING (FIRST REQUEST)** |

  IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for TERRY J. HANSON, JR. and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for October 22, 2020, at 11:00 AM, be vacated and continued to November 9, 2020, at 1:30 PM.

  / / /

  / / /

This Stipulation is entered into for the following reasons:

Mr. Hanson is scheduled to appear before this court for a Revocation Hearing on October 22, 2020, at 11:00 AM. Undersigned counsel request that this matter be continued to November 9, 2020, at 1:30 PM, to allow the parties to continue negotiations toward a resolution of this matter.

1.      Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2.      Mr. Hanson is currently detained.

3.      The parties agree to the continuance.

4.      This is the first request for a continuance.

DATED this 15th day of October, 2020.

RENE L. VALLADARES                      NICHOLAS A. TRUTANICH
Federal Public Defender                 United States Attorney


By  /s/ Kate Berry                      By   /s/ Megan Rachow
    KATE BERRY                               MEGAN RACHOW
    Assistant Federal Public Defender        Assistant United States Attorney
    Counsel for                              Counsel for the Government
    TERRY J. HANSON, JR.

2

1

## **<u>ORDER</u>**

2      Based on the Stipulation of counsel, and good cause appearing,

3      **IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for

4

October 22, 2020, at 11:00 AM, be vacated and continued to November 9, 2020, at 1:30 PM.

5

6

7      DATED this 15th day of October, 2020.

8

9      _____

10     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26